IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 28, 2011.**

    Defendant Banco Popular North America's Motion for Leave to File Brief in Excess of 15 Pages [filed June 27, 2011; docket #13] is **denied without prejudice** for Defendant's failure to comply with D.C. Colo. LCivR 7.1A concerning its duty to confer. Defendant is permitted to re-file its motion, in accordance with Rule 7.1A and all other applicable rules, on or before **June 30, 2011**.

    Defendant Banco Popular North America's Motion to Dismiss [filed June 27, 2011; docket #14] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1C ("Excluding motions filed under Fed. R. Civ. P. 56 or 65, a motion involving a contested issue of law shall ... be supported by a recitation of legal authority *incorporated into the motion*.") (emphasis added). Defendant is permitted to re-file its motion, in accordance with Rule 7.1C and all other applicable rules, on or before **June 30, 2011**.