IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2011.**

    For good cause shown, Plaintiff's Unopposed Motion for Leave to File a Memorandum of Law in Opposition to Defendant's Motion to Dismiss in Excess of Fifteen Pages [filed September 29, 2011; docket #40] is **granted**. The Court will accept from Plaintiff a memorandum that this no longer than 25 pages in length (*see* Judge Daniel's Practice Standards, II.E.1.) and in 12-point font (*see* D.C. Colo. LCivR 10.1D).