IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

      Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

      Plaintiff's Unopposed Motion for Leave to File a Memorandum of Law in Opposition to Defendant's Motion to Dismiss in Excess of Twenty-Five Pages or Alternatively to File an Amended Twenty-Five Page Memorandum of Law After the Deadline Imposed by the Court [filed October 2, 2011; docket #45] is **granted in part and denied in part**. The Court directs the Clerk of Court to **file** the "25-Page Amended Memorandum of Law in Opposition to Defendant's Motion to Dismiss Dated October 2, 2011" found at docket #45-1, and **strike** the "Memorandum of Law in Opposition to Defendant's Motion to Dismiss" found at docket #43.

      Defendant may file a reply brief in support of its motion on or before October 17, 2011.

      In addition, the Court orders the Plaintiff to file a motion requesting leave to file the Amended Complaint that was tendered on September 30, 2011 (docket #44), in accordance with Fed. R. Civ. P. 15(a), **on or before October 5, 2011**. If the Plaintiff fails to comply with this order, the tendered document may be stricken.