IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2011.**

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to File an Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) [filed October 4, 2011; docket #49] is **granted**. The Court accepts as filed the Amended Complaint tendered by the Plaintiff on September 30, 2011 (docket #44). Defendant Banco Popular shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

    In addition, **on or before October 14, 2011**, Defendant Banco Popular shall inform the Court in writing of its position concerning whether its Motion to Dismiss, filed June 30, 3011 (docket #21), should be denied as moot. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).