IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA;
JOHN DOES 1-100,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On September 11, 2012, Magistrate Judge Hegarty held a settlement conference in this matter.   In his minute entry, he indicated that "[s]upplemental settlement negotiations were held in the above captioned case over the past several months, including telephone and e-mail discussions, since the initial conference."   (ECF No. 126).   Further, that same day, Magistrate Judge Hegarty ordered the parties to file dismissal papers with the Court on or before September 17, 2012.   (ECF No. 127).

    Accordingly, in light of the fact that the parties have agreed to settle this matter, Defendant Banco Popular's Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 8, 9(b) and 12(b)(6) (ECF No. 63), filed November 14, 2012 and Defendant Banco Popular's Motion for Summary Judgment (ECF No. 87) are **DENIED WITHOUT PREJUDICE.**

    Dated: September 13, 2012