IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2012.**

    Defendant Banco Popular North America's unopposed Motion [to] Extend Date to File Dismissal Papers to November 18, 2012 and Stay Case in the Interim [filed September 13, 2012; docket #128] is **granted in part and denied in part**. The parties concur that a settlement has been reached in this case. To assist the parties with the terms of the agreement, the Court will grant the request and extend the dismissal paper deadline to November 18, 2012.

    However, the only "proceeding" pending in the interim is the briefing on Defendant's Motion to Enforce Settlement [filed August 13, 2012; docket #118], which the Court will **deny without prejudice** in light of the parties' settlement. Defendant may re-file its motion, if appropriate, should the parties fail to file dismissal papers in this case in accordance with the Court's order.