IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01268-WYD-MEH | Date:   December 4, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

GEORGE FARMER, *Pro Se*

    Plaintiff,

vs.

BANCO POPULAR OF NORTH AMERICA,    Sanjay Shivpuri
    Melanie Lewis
    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**  10:38 a.m.

Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

Discussion regarding Banco Popular North America's Second Motion to Enforce Settlement (Doc. #132, filed 11/16/12).

Plaintiff and counsel for Defendant waive opening statements.

10:41 a.m.    Defendant's witness, Sanjay Shivpuri, is sworn, examined by Ms. Lewis, and questioned by the Court.

10:44 a.m.    RECORD IS NOW SEALED.
    Direct examination continues.
    Upon stipulation of the parties, Defendant's Exhibits A through HH and Plaintiff's Exhibits 1 through 30 are admitted.

11:11 a.m.    Sanjay Shivpuri is cross-examined by Mr. Farmer and questioned by the Court.

11:30 a.m.    Off the record.
11:37 a.m.    On the record.
    Continued cross-examination of Mr. Shivpuri by Mr. Farmer.

11:50 a.m.    Off the record.
12:03 p.m.    On the record.
    Continued cross-examination of Mr. Shivpuri by Mr. Farmer.

By agreement of the parties, the Court will not issue a written opinion before December 20, 2012.

| | |
|---|---|
| 12:11 p.m. | Off the record. |
| 12:12 p.m. | On the record. Witness is excused. |
| 12:13 p.m | George Farmer is sworn.<br>Closing arguments presented by the parties. |

**ORDERED:**   The Court takes the motion under advisement.

**Court in recess:**   **12:19 p.m.  (Hearing concluded)**
**Total time in court:**   1:20