IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01268-WYD-MEH | Date:   December 4, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

GEORGE FARMER, *Pro Se*

    Plaintiff,

vs.

BANCO POPULAR OF NORTH AMERICA,     Sanjay Shivpuri
    Melanie Lewis
    Defendants.

## *AMENDED* COURTROOM MINUTES/MINUTE ORDER

## *EVIDENTIARY* HEARING

**Court in session:**    **10:38 a.m.**

Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

Discussion regarding Banco Popular North America's Second Motion to Enforce Settlement (Doc. #132, filed 11/16/12).

Plaintiff and counsel for Defendant waive opening statements.

| | |
|---|---|
| 10:41 a.m. | Defendant's witness, Sanjay Shivpuri, is sworn, examined by Ms. Lewis, and questioned by the Court. |
| 10:44 a.m. | RECORD IS NOW SEALED.<br>Direct examination continues.<br>Upon stipulation of the parties, Defendant's Exhibits A through HH and Plaintiff's Exhibits 1 through 30 are admitted. |
| 11:11 a.m. | Sanjay Shivpuri is cross-examined by Mr. Farmer and questioned by the Court. |
| 11:30 a.m. | Off the record. |
| 11:37 a.m. | On the record.<br>Continued cross-examination of Mr. Shivpuri by Mr. Farmer. |
| 11:50 a.m. | Off the record. |
| 12:03 p.m. | On the record.<br>Continued cross-examination of Mr. Shivpuri by Mr. Farmer. |

By agreement of the parties, the Court will not issue a written opinion before December 20, 2012.

| | |
|---|---|
| 12:11 p.m. | Off the record. |
| 12:12 p.m. | On the record.  Witness is excused. |
| 12:13 p.m | George Farmer is sworn. |
| | Closing arguments presented by the parties. |

**ORDERED:**   The Court takes the motion under advisement.

**Court in recess:**      **12:19 p.m.  (Hearing concluded)**
**Total time in court:**   1:20