IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2012.**

    Before the Court is Plaintiff's Motion to Seal [filed December 3, 2012; docket #138] and a response brief filed by the Plaintiff as a "Motion to Enforce" [filed December 3, 2012; docket #136]. The Court finds that the motion to seal meets the requirements of D.C. Colo. LCivR 7.2 and is **granted**. The Clerk of the Court is directed to maintain under Restriction Level 3 the document located at docket #136-1 until further order of the Court. The response brief improperly filed as a "motion" actually seeks no specific relief from the Court other than in response to the pending motion to enforce filed by Defendant and, therefore, is **denied**.