IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01268-WYD-MEH

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA, and
JOHN DOES 1-100,

    Defendants.

## ORDER OF RECUSAL

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. §455(a), a Magistrate Judge shall disqualify himself under the following circumstance:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

On January 11, 2013, I issued a Recommendation in this case that Defendant's motion to enforce a settlement agreement be granted. Having presided over numerous discussions culminating in the settlement agreement, and being firmly convinced that the parties reached a mutual agreement, I have determined that, although I do not have an actual bias or prejudice in this matter, my impartiality might reasonably be questioned. In addition, in the likely event of an objection to my Recommendation, I may be called as a witness in this matter in any hearing held by Judge Daniel.

Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

2

Dated and entered at Denver, Colorado, this 14th day of January, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge