IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01268-WYD-CBS

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA;
JOHN DOES 1-100,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On January 11, 2013, Magistrate Judge Hegarty issued a Recommendation in this matter recommending that Defendant Banco Popular's second motion to enforce the settlement agreement be granted.  (ECF No. 145).  Based on several filings since Magistrate Judge Hegarty's Recommendation was filed (ECF Nos. 148, 149 and 150), it appears that the parties seek clarification as to specific terms of the Settlement Agreement referenced in the Recommendation.  Accordingly, this matter is **REMANDED** back to Magistrate Judge Hegarty for purposes of clarifying his Recommendation.  Finally, in light of this minute order, both Plaintiff's Objections (ECF No. 148) and Defendant's Motion to Strike Objection (ECF No. 149) are **DENIED WITHOUT PREJUDICE.**

    Dated: February 5, 2013