IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01268-WYD-CBS

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA;
JOHN DOES 1-100,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Motion to Strike Plaintiff's Reply (ECF No. 176) is **GRANTED.** Plaintiff's "Addendum" (ECF No 174), which the Court construes as a reply, is **STRICKEN** from the record.  Defendant is correct in that replies or "Addendums" are not permitted under Fed.R.Civ.P. 72(b)(2).  Moreover, this matter has been adequately briefed.  No further filings are permitted without leave of the Court and will not be granted absent extraordinary circumstances.  The parties will have the opportunity to be heard at the May 14, 2013 hearing.

    Dated:  April 22, 2013