IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01268-WYD-CBS

GEORGE FARMER (a/k/a George L. Farmer),

    Plaintiff,

v.

BANCO POPULAR OF NORTH AMERICA;
JOHN DOES 1-100,

    Defendants.

---

## MINUTE ORDER

ORDERED ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Reconsideration of the Court's May 15, 2013 Order and/or Motion for Stay (ECF No. 183) is **DENIED WITHOUT PREJUDICE** with leave to refile, as appropriate, after the conclusion of the appeal currently pending in the Tenth Circuit Court of Appeals.

    Dated:    January 7, 2014